JAMES P. STONEMAN, II, State Bar No. 94523
LAW OFFICES OF JAMES P. STONEMAN, II
100 West Foothill Blvd.
Claremont, CA 91711
Telephone: (909) 621-4987
Facsimile: (909) 624-1427

MARK R. HADDON State Bar No. 186480
LAW OFFICES OF MARK R. HADDON
3841 Emerald Avenue
La Verne, CA 91750
Telephone: (909) 593-9263
Facsimile: (909) 593-9134

Attorneys for Plaintiffs CHRIS DOHERTY AND ELIZABETH DE SOTA
and others similarly situated

REBECCA EISEN, State Bar No. 96129
LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
lkim@morganlewis.com

Attorneys for Defendant
P.F. CHANG'S CHINA BISTRO, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS DOHERTY and ELIZABETH DE SOTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV11-00184-JVS(RNBx)<br><br>**ORDER FOR DISMISSAL OF PLAINTIFFS' CLASS CLAIMS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE**<br><br>[Hon. James V. Selna]<br><br><u>PROPOSED CLASS ACTION</u> |

DB2/22462897.1

[PROPOSED] ORDER FOR DISMISSAL
Case No. SACV-00184-JVS(RNBx)

# **ORDER**

Pursuant to stipulation by the parties and good cause appearing, the action entitled <u>Doherty v. P.F. Chang's China Bistro, Inc., et al</u>. (Case No. SACV-00184-JVS (RNBx)) is hereby dismissed, in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: May 25, 2011

_____
Hon. James V. Selna
United States District Judge